**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LOWELL L. JONES,** | **CASE NO. 2:12-CV-00150** |
| | **JUDGE MARBLEY** |
| Petitioner, | **Magistrate Judge Elizabeth A. Preston Deavers** |
| v. | |
| **WARDEN, PICKAWAY CORRECTIONAL INSTITUTION,** | |
| Respondent. | |

## OPINION AND ORDER

On November 26, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

                                                      s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                     United States District Judge